**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 23, 2009

Charles R. Fulbruge III
Clerk

No. 09-20056
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TOMMY ALEXANDER, SR.,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:89-CR-331-1

Before DAVIS, SMITH, and OWEN, Circuit Judges.

PER CURIAM:*

Tommy Alexander, Sr., federal prisoner # 07193-035, appeals the denial of his motion under FED. R. CRIM. P. 32 to correct the Presentence Report

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

("PSR"). Complaints regarding the contents of a PSR must be raised before imposition of sentence; therefore, the district court did not have jurisdiction to consider Alexander's post-sentence motion. *See United States v. Engs*, 884 F.2d 894, 895-97 (5th Cir. 1989). The judgment is AFFIRMED on that alternative basis. *See United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994).